UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO. 5:13-CR-20-RWS-JBB |
| | § |
| DEMONTA KEVONTA ESKEW (1) | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the Report and Recommendation of United States Magistrate Judge (Docket No. 99) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's plea of true to the allegations set forth in the Government's petition (Docket No. 90) is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED** and Defendant is detained for further proceedings. The Defendant is to be sentenced to a term of imprisonment of four (4) months with an eight (8) year term of supervised release to follow, subject to all of the previously imposed conditions of release. The first six (6) months of the term of supervised release is to be served in a residential reentry program. The Court will enter judgment forthwith.

**IT IS SO ORDERED**.

**SIGNED** this 15th day of October, 2025.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE